# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SAMUEL PLAISANCE

VERSUS

UNITED FIRE & WATER DAMAGE
OF LOUISIANA, LLC AND DKI
SERVICES, LLC

NO.   2023 CW 1277

**FEBRUARY 16, 2024**

---

In Re:   United Fire & Water Damage of Louisiana, LLC, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 717061.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

  **WRIT DENIED.**

                              JEW
                              EW
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT